[No. 2707–3. Division Three. May 25, 1978.]

*In the Matter of the Personal Restraint of*
RONALD G. FORSYTH, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 21263, Del Cary Smith, Jr., J., entered December 21, 1973. *Dismissed* by unpublished per curiam opinion.

[No. 2702–2. Division Two. May 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP E. WOLF, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4380, Gerald B. Chamberlin, J., entered November 19, 1976. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 4970–1. Division One. May 30, 1978.]

KARL HERRMANN, *Respondent,* v. FEDERAL OLD LINE INSURANCE COMPANY (MUTUAL), *Appellant,* WASHINGTON LIFE & DISABILITY INSURANCE GUARANTY ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 616393, Solie M. Ringold, J., entered July 26, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.